# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0252

_____

JEFFERY NEIL BRANTLEY,

    Petitioner,

v.

SECRETARY DEP'T OF CORR.,
WARDEN CENTURY C.I., FLORIDA
ATTORNEY GENERAL, et al.,

    Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


August 20, 2025


PER CURIAM.

    DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

    ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeffery Neil Brantley, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondents.